UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**LANIE DRINION THOMISEE #1538636**         **CASE NO.  2:24-CV-00061 SEC P**

**VERSUS**                                                              **JUDGE JAMES D. CAIN, JR.**

**SHERIFFS OFFICE CALCASIEU PARISH ET AL**         **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Thomisee's Motion for Temporary Restraining Order [doc. 1] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 15th day of October, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE