UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LANIE DRINION THOMISEE** <br> **D.O.C. # 1538636** | **DOCKET NO. 2:24-cv-061** <br> **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SHERIFF'S OFFICE CALCASIEU PARISH, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted, pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED** in chambers this 24th day of November, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE